[No. 11333.　*En Banc.*　March 28, 1914.]

JAMES A. DOUGAN, *Appellant*, v. THE CITY OF SEATTLE, *Respondent.*[1]

Appeal from a judgment of the superior court for King county, Everett Smith, J., entered May 8, 1913, upon findings in favor of the defendant, for personal injuries sustained by a pedestrian in a fall upon a sidewalk.　Affirmed.

*James A. Dougan*, pro se.
*James E. Bradford* and *Melvin S. Good*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the opinion heretofore filed herein as reported in 76 Wash. 621, 136 Pac. 1165.

For the reasons there stated, the judgment is affirmed.

[1]Reported in 139 Pac. 601.